**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSIE L. SERRANO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCOTT RAWERS, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-00399-MJS (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITHIN TWENTY-ONE DAYS<br><br>(ECF No. 21) |

　　　　Plaintiff Jessie L. Serrano ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff initiated this action on April 20, 2006.  (ECF No. 1.)  On June 3, 2013, the Court found that Plaintiff stated a cognizable Eighth Amendment claim against Defendant Lucas.  (ECF No. 11.)

　　　　On November 25, 2013, Defendant Lucas filed a motion to dismiss for failure to exhaust administrative remedies.  (ECF No. 21.)  More than twenty-one days have passed and Plaintiff has not filed an opposition or a statement of non-opposition to the motion.  Local Rule 230(*l*).

　　　　Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to the motion within twenty-one (21) days from the date of service of this order; and

2. Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   March 4, 2014               /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE