UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE L. SERRANO,<br><br>                  Plaintiff,<br><br>         v.<br><br>SCOTT RAWERS, et al.,<br><br>                  Defendants. | CASE No. 1:11-cv-00399-LJO-MJS<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 34) |

Plaintiff Jessie L. Serrano is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On September 16, 2014, Defendant filed a motion for summary judgment.  (ECF No. 34.)  More than twenty-one days have passed and Plaintiff has not filed an opposition or a statement of non-opposition to the motion.  Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to the motion within twenty-one (21) days from the date of service of this order; and

2. Plaintiff is warned that the failure to comply with this order will constitute a

waiver of opposition.  Defendant is granted seven days to reply to any opposition filed by Plaintiff.

IT IS SO ORDERED.

Dated:  October 24, 2014          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE