UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE L. SERRANO,<br><br>        Plaintiff,<br><br>    v.<br><br>SCOTT RAWERS, et al.,<br><br>        Defendants. | CASE NO. 1:11-cv-00399-MJS (PC)<br><br>ORDER SETTING DEPOSITIONS DEADLINE<br><br>(ECF No. 45)<br><br>FORTY-FIVE (45) DAY DEADLINE |

    Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Lucas on Plaintiff's Eighth Amendment failure to protect claim. (ECF No. 11.)

    On June 16, 2014, the Court issued a discovery and scheduling order, setting February 16, 2015 as the discovery deadline. (ECF No. 30.) On September 16, 2014, Defendant filed a motion for summary judgment on the ground that Plaintiff failed to exhaust his administrative remedies. (ECF No. 34.) On January 7, 2015, Defendant filed a motion to modify the discovery and scheduling order by vacating the deadline for taking depositions and resetting it, if necessary, after the Court rules on the pending motion for summary judgment. (ECF No. 43.) The Court granted Defendant's motion to

modify the discovery order, (ECF No. 45.), and on March 30, 2015, the Court denied Defendant's motion for summary judgment. (ECF No. 47.)

Accordingly, it is HEREBY ORDERED that: the new deadline for the parties to take depositions is **forty-five days (45)** from the date of service of this order.

IT IS SO ORDERED.

Dated:   May 4, 2015                                    /s/ *Michael J. Seng*
                                                       UNITED STATES MAGISTRATE JUDGE