UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE L. SERRANO, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT RAWERS, et al., <br><br> Defendants. | CASE NO. 1:11-cv-00399-MJS (PC) <br><br> **ORDER DENYING MOTION FOR SUBPOENAS** <br><br> **(ECF No. 54)** <br><br> **CLERK TO SEND PLAINTIFF COPY OF ECF No. 48** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Lucas on Plaintiff's Eighth Amendment failure to protect claim. The matter is set for trial on November 12, 2015. (ECF No. 48.)

Before the Court is Plaintiff's June 5, 2015 motion requesting four blank witness subpoena forms. (ECF No. 54.) Plaintiff simultaneously submitted a notice of change of address.

The Court's May 4, 2015 second scheduling order (ECF No. 48) advised Plaintiff of the procedures and requirements for subpoenaing witnesses for trial. Plaintiff's unsupported request for four blank witness subpoenas does not meet any of these requirements. If Plaintiff wishes to call witnesses at trial, he must follow the procedures set out in the second scheduling order.

Accordingly, Plaintiff's motion for subpoenas (ECF No. 54) is HEREBY DENIED.

The Court is cognizant that Plaintiff's recent change of institution may mean that Plaintiff did not receive, or is not in possession of, the second scheduling order. Accordingly, the Court will direct the Clerk's Office to send Plaintiff a copy of ECF No. 48.

IT IS SO ORDERED.

Dated:   June 8, 2015            /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE