## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE L. SERRANO,<br><br>            Plaintiff,<br><br>      vs.<br><br>RAWERS, et al.,<br><br>            Defendants. | 1:11-cv-00399-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**January 25, 2016 at 10:00 a.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on Monday, **January 25, 2016 at 10:00 a.m. in Courtroom 10 (EPG).** The parties shall be prepared to discuss the status of this case and a date for trial before the undersigned. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

Dated:  **January 13, 2016**                              /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE