UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE L. SERRANO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SERGEANT JEFFERY L. LUCAS,<br><br>　　　　　Defendant. | 1:11-cv-00399-EPG-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR HEARING AMPLIFIER AT TRIAL<br>(ECF No. 100.) |

　　　On February 17, 2016, Plaintiff Jessie L. Serrano ("Plaintiff") filed a request to be provided with a "hearing amplifier" at the trial scheduled for March 8, 2016 in this case. (ECF No. 100.)

　　　The Court shall have headphones available for Plaintiff to use at trial if he requires amplification of the trial proceedings. If Plaintiff has difficulty hearing any of the proceedings at trial, he must immediately notify the Court and if needed, Plaintiff shall be provided with assistance.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a "hearing amplifier" at trial, filed on February 17, 2016, is GRANTED.

IT IS SO ORDERED.

　Dated:　**February 24, 2016**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE