UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE L. SERRANO, | 1:11-cv-00399-EPG-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST AS MOOT |
| vs. | (ECF No. 92.) |
| SERGEANT JEFFERY L. LUCAS, | |
| Defendant. | |

This civil rights action, brought pursuant to 42 U.S.C. § 1983, proceeds on the First Amended Complaint filed by state prisoner Jessie L. Serrano ("Plaintiff") on April 14, 2011, against defendant Sergeant Jeffery L. Lucas ("Defendant"), for failure to protect Plaintiff, in violation of the Eighth Amendment. (ECF No. 6.)[1]

On February 4, 2016, Plaintiff filed a request for the Court to schedule a date for settlement or trial of this case.[2] (ECF No. 92.) Plaintiff's signature on the request is dated January 18, 2016. (Id. at 2.) Plaintiff complains that Defendant has stalled this case, and he requests that this case be settled or tried.

This request is moot. On January 25, 2016, the parties appeared at a telephonic conference before Magistrate Judge Erica P. Grosjean, and they were informed that jury trial

---

[1] On June 24, 2013, Plaintiff notified the Court that he wished to proceed only on the cognizable failure to protect claim against defendant Lucas. (ECF No. 12.)

[2] In the request, Plaintiff also argues against dismissal of this case on a Heck defense. This issue has been resolved and is no longer pending. (ECF No. 84.)

for this case is scheduled for March 8, 2016 at 8:30 a.m.  Therefore, Plaintiff's request shall be denied as moot.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request filed on February 4, 2016 is DENIED as moot.

IT IS SO ORDERED.

Dated:   **February 24, 2016**                    /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE