1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE L. SERRANO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SERGEANT JEFFERY L. LUCAS,<br><br>　　　　Defendant. | 1:11-cv-00399-EPG-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF DEPOSITION (ECF No. 98.)<br><br>ORDER FOR DEFENDANT TO PROVIDE PLAINTIFF WITH A FULL COPY OF HIS JUNE 12, 2015 DEPOSITION AT TRIAL ON MARCH 8, 2016 |

　　　　On February 17, 2016, Plaintiff Jessie L. Serrano ("Plaintiff") filed a request for a full copy of his deposition taken on June 12, 2015. (ECF No. 98.) Plaintiff asserts that Defendant never sent him a copy of the deposition, although he "tried on a few occasions to receive a full copy but to 'No Avail.'" (ECF No. 98 at 1:24-25.)

　　　　Plaintiff is entitled to a full copy of his deposition. This case is scheduled for trial on March 8, 2016 at 8:30 a.m. Defendant shall bring a full copy of Plaintiff's deposition taken on June 12, 2015, to the trial on March 8, 2016, to be provided to Plaintiff.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's request for a full copy of his deposition, filed on February 17, 2016, is GRANTED; and

2. Defendant shall bring a full copy of Plaintiff's deposition taken on June 12, 2015, to trial on March 8, 2016, to be provided to Plaintiff.

IT IS SO ORDERED.

Dated: **February 24, 2016**          /s/ *Erica P. Grosjean*
                                       UNITED STATES MAGISTRATE JUDGE