UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE L. SERRANO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SERGEANT JEFFERY L. LUCAS,<br><br>　　　　Defendant. | 1:11-cv-00399-EPG-PC<br><br>ORDER ADDRESSING PLAINTIFF'S REQUEST FOR A LONG-SLEEVED SHIRT TO WEAR AT TRIAL<br>(ECF No. 97.)<br><br>**Jury Trial**:  March 8, 2016 at 8:30 a.m.<br>　　　　　　In Courtroom 10 (EPG) |

　　　This case is scheduled for jury trial on March 8, 2016 at 8:30 a.m. at the United States Courthouse, 2500 Tulare Street, Fresno, California, in Courtroom 10, Sixth Floor, before Magistrate Judge Erica P. Grosjean.  On February 17, 2016, Plaintiff Jessie L. Serrano ("Plaintiff") filed a request for a Court order requiring Defendant to provide a long-sleeved shirt for Plaintiff to wear at trial, to conceal the tattoos on Plaintiff's arms.  (ECF No. 97.)

　　　Defendant shall not be ordered to provide a shirt for Plaintiff.  However, Plaintiff is not precluded from wearing his own long-sleeved shirt at trial.  Moreover, Plaintiff's family or friends shall be permitted to bring clothing for Plaintiff to wear at trial, subject to a search by Court Security Officers.  Clothing for Plaintiff to wear at trial may be brought by Plaintiff's family or friends to the courthouse on the date of trial, March 8, 2016, **no later than 7:30 a.m.**, and relinquished to Court Security Officers **with a copy of this order** at the front entrance inside the courthouse.  Court Security Officers shall search the clothing for any contraband and

then notify the Chambers of Magistrate Judge Grosjean that clothing for Plaintiff Jessie L. Serrano to wear at trial has been received.

    This order resolves Plaintiff's request for a long-sleeved shirt filed on February 17, 2016.

IT IS SO ORDERED.

Dated: **February 24, 2016**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE