1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9   JESSIE L. SERRANO, | 1:11-cv-00399-EPG-PC |
| 10       Plaintiff, | ORDER FOR DEFENDANT TO FILE FURTHER BRIEFING ON |
| 11       vs. | ADMISSIBILITY OF EVIDENCE BY MARCH 4, 2016 |
| 12   SERGEANT JEFFERY L. LUCAS, | |
| 13       Defendant. | |
| 14 | |
| 15 | **Jury Trial**:  **March 8, 2016, at 8:30 a.m. in Courtroom 10 (EPG)** |

16       This civil rights action, brought pursuant to 42 U.S.C. § 1983, proceeds on the First

17  Amended Complaint filed by state prisoner Jessie L. Serrano ("Plaintiff") on April 14, 2011,

18  against defendant Sergeant Jeffery L. Lucas ("Defendant"), for failure to protect Plaintiff, in

19  violation of the Eighth Amendment.  (ECF No. 6.)[1]  This case is presently set for trial on March

20  8, 2016 before Magistrate Judge Erica P. Grosjean.[2]

21       Upon further review of Defendant's exhibit list for trial, the Court questions the

22  admissibility of Plaintiff's Rules Violations Reports by Defendant at trial, and requests further

23  briefing by Defendant on this issue.  (ECF No. 91 at 15 ¶¶29, 30.)  In his Pretrial Statement,

24  Defendant includes on his exhibit list (1) Rules Violation Report FC-01-09-0018, heard on

25

26

27       [1]On June 24, 2013, Plaintiff notified the Court that he wished to proceed only on the cognizable failure to protect claim against defendant Lucas.  (ECF No. 12.)

28       [2]The parties to this action have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c).  (ECF Nos. 4, 39.)

October 16, 2001, and (2) Rules Violation Report F5-03-01-012, heard on January 28, 2003. (ECF No. 61 at 10 ¶¶29, 30.)  To aid consideration, the parties are invited to submit further briefing on the admissibility of this evidence no later than March 4, 2016.

Accordingly, IT IS HEREBY ORDERED that if a party wishes to submit argument regarding the admissibility of Plaintiff's Rules Violations Reports by Defendant at trial, they must do so no later than March 4, 2016.

IT IS SO ORDERED.

Dated:   **February 26, 2016**            /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE