

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE L. SERRANO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JEFFERY L. LUCAS,<br><br>　　　　Defendant. | 1:11-cv-00399-EPG-PC<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED (ECF No. 95.)<br><br>**As to Jessie L. Serrano #P-02563** |

　　　The trial for this matter commenced on March 8, 2016 at 8:30 a.m., and Plaintiff Jessie L. Serrano, inmate, has given testimony before the Court. Inmate witness **Jessie L. Serrano #P-02563** is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus *ad testificandum* as to this inmate, issued on February 12, 2016, is HEREBY DISCHARGED.

DATED: 3/9/16

　　　　　　　　　　　　　　　　　E. P. _____
　　　　　　　　　　　　　　　　　U. S. MAGISTRATE JUDGE ERICA P. GROSJEAN