**FILED**

**JUDGMENT ENTERED**

<u>   3/11/2016   </u>
**Date**
<u>Michelle Means Rooney</u>
**Deputy Clerk**

**U.S. District Court**
**Eastern District of California**
<u>**XX**</u> **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

JESSIE L. SERRANO,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:11-CV-399 EPG-PC

JEFFERY L. LUCAS,

    Defendant.
_____/

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury verdict rendered on 3/9/2016 in favor of defendant, Jeffery L. Lucas, and against plaintiff, Jessie L. Serrano.

DATED:  3/11/2016                            MARIANNE MATHERLY, Clerk

                                          By:  <u>/s/ MICHELLE MEANS ROONEY</u>
                                                    Deputy Clerk

jgm.civ
2/1/95